UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BILL SIEBERT,

    Plaintiff,

vs.

NOVAK ENVIRONMENTAL SERVICES, LLC,

    Defendant.

Case No.: 2:18-cv-796-FtM-99-MRM

**JOINT NOTICE AND STIPULTION OF NONOBJECTION TO REPORT AND RECOMMENDATION**

    Plaintiff, BILL SIEBERT and Defendant, NOVACK ENVIRONMENTAL SERVICES, LLC, by and through undersigned counsel, jointly notify the Court that they do not object to the Report and Recommendation of Magistrate Judge McCoy recommending that the parties' Joint Motion to Approve Settlement and Dismiss with Prejudice be granted and approved (Doc. 22). The parties waive their right to file written objections within fourteen (14) days and jointly stipulate to the entry of an order by the District Court Judge adopting the Report and Recommendation.

    Dated: July 8, 2019

| | |
|---|---|
| /s/ Jason L. Gunter | /s/ Adam S. Chotiner |
| Jason L. Gunter, Esq. | Adam S. Chotiner, Esq. |
| Florida Bar No. 0134694 | Florida Bar No. 0146315 |
| GunterFirm | Shapiro, Blasi, Wasserman |
| 1514 Broadway, Suite 101 | & Hermann, P.A. |
| Fort Myers, Florida 33901 | 7777 Glades Road, Suite 400 |
| Telephone (239) 334-7017 | Boca Raton, Florida 33434 |
| E-Mail: Jason@gunterfirm.com | Telephone (561) 477-7800 |
| *Attorneys for Plaintiff* | Facsimile (561) 477-7722 |
| | E-mail: achotiner@sbwh.law |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on July 8, 2019.

                                        /s/ Jason L. Gunter
                                        JASON L. GUNTER