UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BILL SIEBERT,

          Plaintiff,

v.                                     Case No.:  2:18-cv-796-FtM-38MRM

NOVAK ENVIRONMENTAL
SERVICES, LLC.,

          Defendant.

_____/

**<u>OPINION AND ORDER</u>**[1]

     This matter comes before the Court on United States Magistrate Judge Mac R. McCoy's Report and Recommendation (Doc. 24) filed on July 7, 2019.  Judge McCoy recommends granting the parties' Joint Motion to Approve Settlement and Dismiss With Prejudice (Doc. 22) as a "fair and reasonable solution of a bona fide dispute" of the FLSA issues, and denying the parties' request to reserve jurisdiction to enforce the settlement agreement.  The parties filed a Joint Notice of Non-Objection, waiving their right to file written objections (Doc. 25) on July 8, 2019.  Thus, the Report and Recommendation is ripe for review.

     A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  The district

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* And "[t]he judge may also receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

After examining the file independently, and upon considering Judge McCoy's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

(1)     The Report and Recommendation (Doc. 24) is **ACCEPTED** and **ADOPTED** and the findings incorporated herein.

(2)     The Joint Motion to Approve Settlement and Dismiss With Prejudice (Doc. 22) is **GRANTED in part and DENIED in part**.

      a. The Joint Motion is granted to the extent that the Settlement Agreement (Doc. 22-1) is **APPROVED** as a "fair and reasonable resolution of a bona fide dispute" of the parties' FLSA issues.

      b. The Joint Motion is **DENIED** to the extent it requests the Court retain jurisdiction.

(3)      The above-captioned case is **DISMISSED with prejudice**.

(4)     The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of July, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record